# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRYSON, | Case No. 1:14-cv-00710-SMS  HC |
| Petitioner, | ORDER STRIKING PETITIONER'S MOTION SEEKING JUDGMENT RE: FORCED FEEDINGS |
| v. | |
| PAUL COPENHAVER, Warden, | |
| Respondent. | (Doc. 12) |

On May 12, 2014, Petitioner William Bryson, a federal prisoner confined at the U.S. Prison in Atwater, California, filed a petition for writ of habeas corpus. In an order filed October 9, 2014, the Court dismissed the petition for failure to prosecute. The Clerk of Court closed the case.

On October 27, 2014, Petitioner filed in this case a document entitled "Motion Seeking Judgment Declaring Its Decline to Order Forced Feedings After Nonsurgical Prostate Treatments Are Provided to Prisoner by the Honorable Paul Copenhaver, Warden." In his motion, Petitioner also attempts to explain his reasons for failing to prosecute his habeas petition.

Careful review of Petitioner's motion reveals his claims are not properly considered in the context of a habeas petition. Petitioner's allegations relating to his medical treatment appear to be more properly classified as a Section 1983 complaint of deliberate indifference to medical needs in violation of the Eighth Amendment to the U.S. Constitution.

1

Challenges to the conditions of prison life are properly brought under 42 U.S.C. § 1983. *McCarthy v. Bronson*, 500 U.S. 136, 142 (1991).  A federal petition for writ of habeas corpus concerns whether a petitioner is in custody in violation of the Constitution.  28 U.S.C. § 2254(a). "Habeas corpus is the exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release, even though such a claim may come within the literal terms of § 1983."  *Preiser v. Rodriguez*, 411 U.S. 475, 488-89 (1973).  A plaintiff may not seek both types of relief in a single action.  *See Heck v. Humphrey*, 512 U.S. 477, 487-88 (1994); *Preiser*, 411 U.S. at 498-99 n. 15; *Young v. Kenny*, 907 F.2d 874 (9th Cir. 1990), *cert. denied sub nom Bressman v. Farrier*, 498 U.S. 1126 (1991); *Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases*.

Because Petitioner's claims are properly alleged as civil rights violations under 42 U.S.C. § 1983 and because this habeas corpus case is closed, the Court hereby STRIKES Petitioner's Motion Seeking Judgment Declaring Its Decline to Order Forced Feedings After Nonsurgical Prostate Treatments Are Provided to Prisoner by the Honorable Paul Copenhaver, Warden.  Doc. 12. The Clerk of Court is directed to serve this order on Petitioner, including a form for preparation of a Section 1983 complaint.

IT IS SO ORDERED.

Dated:   **October 29, 2014**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE